UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LACEDRIC WILLIAM JOHNSON,

        Plaintiff,

v.

ROBERT NEUSCHMID, et al.,

        Defendants.

No. 2:19-cv-1598 WBS CKD P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Lacedric William Johnson, CDCR # H-28940, a necessary and material witness in a settlement conference in this case on September 10, 2020, is confined in San Quentin State Prison (SQSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Deborah Barnes, by **Zoom video conference** from his place of confinement, to the U. S. District Court, Courtroom #27, 501 I Street, Sacramento, California 95814, on Thursday, September 10, 2020 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied to all parties via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order by fax on the Litigation Office at San Quentin State Prison at (415) 454-6288.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Pete Buzo, Courtroom Deputy, at pbuzo@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, San Quentin State Prison, San Quentin, California 94974:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Barnes at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: July 6, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE