IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LACEDRIC WILLIAM JOHNSON,** | Case No. 2:19-cv-01598-WBS-CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **NEUSCHMID, et al.,** | |
| Defendants. | |

On November 10, 2020, Defendants moved for an extension of time *nunc pro tunc*, up to and including November 12, 2020, to serve the Declaration of N. Difuntorum in support of Defendants' response to Plaintiff's first set of requests for production of documents.

**GOOD CAUSE APPEARING,**

Defendants' motion for an extension of time *nunc pro tunc* is **GRANTED**. Defendants shall serve the Declaration of N. Difuntorum to Plaintiff on or before November 12, 2020.

Dated: November 11, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE